```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND

DONALD MURPHY, et al.              *

             Plaintiffs            *

         vs.                       *   CIVIL ACTION NO. MJG-12-1533

ANNE ARUNDEL COUNTY, MD, et al.    *

             Defendants            *

*      *      *      *      *      *      *      *      *
```

## MEMORANDUM AND ORDER

The Court has before it the motion, although filed by Plaintiffs, entitled Defendants' Motion for Leave to Amend Complaint to Add a Defendant [Document 16] and the materials submitted relating thereto. The Court has discussed the matter with counsel and finds no need for the filing of further papers or for a formal hearing.

Hamilton Tyler, Esquire, counsel for the presently named Defendants, has stated that he will be counsel for the putative additional defendant if the amendment were permitted. Mr. Tyler states in the opposition to the instant motion:

> Plaintiffs contend that "adding Sgt. Wells as a party is essential to proving the fabrication of the tip and Detective Cornwell's connection to knowing of its falsity." Plaintiffs' Motion for Leave at p. 5. Such is simply not the case. Nothing prevents Plaintiffs from noting Sgt. Wells' deposition and questioning him about the email. If after Sgt. Wells' deposition Plaintiffs believe that they have a good

...

>     faith basis to add Sgt. Wells as a
>     Defendant, they may point out the facts that
>     support their good faith basis and seek to
>     add him as a Defendant at that time.

Opp'n [Document 18-1] at 3.

The Court finds this position perfectly reasonable so long as Mr. Tyler obtains an agreement from Sgt. Wells that, in the event he were added as a defendant, he will be deemed to have been represented by Mr. Tyler <u>nunc pro tunc</u> to the date of this Order. This agreement would eliminate any possible need to duplicate any discovery that would be conducted prior to the time that Sgt. Wells was added as a defendant.

For the foregoing reasons:

1. The motion entitled Defendants' Motion for Leave to Amend Complaint to Add a Defendant filed by Plaintiffs is DENIED.

2. If the putative additional defendant agrees as stated herein, Hamilton Tyler, Esquire, shall file a letter confirming that agreement.

3. In the absence of confirmation of such an agreement by January 3, 2013, Plaintiffs may seek reconsideration of the denial of the subject motion.

SO ORDERED, on <u>Friday, November 30, 2012</u>.

                                    _____/s/_____
                                    Marvin J. Garbis
                                    United States District Judge