```
               IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

DONALD MURPHY, et al.           *

            Plaintiffs           *

         vs.                     *    CIVIL ACTION NO. MJG-12-1533

ANNE ARUNDEL COUNTY, MD, et al.  *

            Defendants           *

*      *      *      *      *      *      *      *      *
```

## MEMORANDUM AND ORDER RE: AMENDED COMPLAINT

The Court has before it [Plaintiffs'][1] Motion for Leave to Amend Complaint to Add a Party Plaintiff [Document 32] and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

In the motion, Plaintiffs state they seek leave to add a child, [B.B.], as a party Plaintiff and to correct the spelling of Defendant Cornwell's name. The Defendants do not object to the motion. However, the proffered Amended Complaint [Document 32-4] includes the addition of Sargent Jason Wells as a party Defendant and allegations relating to him.

In November, 2012, the Court issued a Memorandum and Order [Document 21] denying a motion filed by Plaintiffs seeking leave to add Sargent Jason Wells. The Court stated therein that it was adopting the statement of Defendants' counsel that:

---

[1] The motion is entitled "Defendants' Motion", an obvious ministerial error.

> If after [taking] Sgt. Wells' deposition Plaintiffs believe that they have a good faith basis to add Sgt. Wells as a Defendant, they may point out the facts that support their good faith basis and seek to add him as a Defendant at that time.

Plaintiffs have not pointed out facts that provide a good faith basis for adding Sargent Wells as a party Defendant.

Accordingly:

1. [Plaintiffs'] Motion for Leave to Amend Complaint to Add a Party Plaintiff [Document 32] is GRANTED IN PART.

2. Plaintiffs may file an Amended Complaint that adds the four-year-old child of the named Plaintiffs [identified by her initials] as an additional Plaintiff and corrects all errors in spelling Defendant Cornwell's name.

3. Plaintiff shall file an Amended Complaint consistent with this ruling by August 30, 2013.

4. Inasmuch as the Amended Complaint will not change the Complaint other than to identify the new Plaintiff and correct spelling, Defendants' Answer to Complaint [Document 21] shall be deemed to respond to the Amended Complaint so that no further Answer is necessary.

SO ORDERED, this Wednesday, August 20, 2013.

/s/
Marvin J. Garbis
United States District Judge